CSD 2120
05/23

**United States Bankruptcy Court**
Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101-6991

Telephone: 619-557-5620
Website: www.casb.uscourts.gov
Hours: 8:30am – 4:30pm Monday-Friday

In Re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Carol Marie East**
4812 Kesling Place
San Diego, CA 92117
xxx-xx-2218
*No Known Aliases*

Case number: 19-00782-CL13
Chapter: 13
Judge Christopher B. Latham

# CHAPTER 13 CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS, SECTION 522(q) AND ELIGIBILITY FOR DISCHARGE

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. § 1328(a), I (we) certify that:

BOX 1: ☒ I (we) owed no domestic support obligations when this bankruptcy petition was filed, and I (we) have not been required to pay any such obligations since then.

BOX 2: ☐ I (we) have been required to pay a domestic support obligation. I (we) have paid all such amounts that my (our) chapter 13 plan required me (us) to pay. I (we) have also paid all such amounts that became due between the filing of my (our) bankruptcy petition and today.

*Part II. If you checked the second box in Part I, you must provide the information below.*

My (our) current address:_____

My (our) current employer and my (our) employer's address:_____

Names and addresses of all domestic support obligation holders. (If additional space is needed, continue on a separate sheet and attach to the Certification.)

CSD 2120 (Page 2)

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. § 1328(h), I (we) certify that:

BOX 3: ☒ I (we) have not claimed an exemption pursuant to § 522 (b)(3) and state or local law (1) in property that I (we) or a dependent of mine (ours) uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350[1] in value in the aggregate.

BOX 4: ☐ I (we) have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I (we) or a dependent of mine (ours) uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $170,350[1] in value in the aggregate.

*Part IV. Debtor's Signature*

I (we) understand that I (we) have completed my (our) plan payments and may now be eligible for a discharge. I (we) understand that failure to complete and return this Certification to the court **within fourteen (14)[2] days** of the service of the *Notice of Trustee's Final Interim Report* may cause my (our) case to be closed <u>without entry of my (our) discharge</u>. I (we) further understand that the Court is relying on the truth and accuracy of these statements and, if any statement is false, the Court may revoke my (our) discharge.

If BOX 2 is checked: I (we) further declare that on this date a copy of this Certification was served upon the following Domestic Support Obligation Holders, applicable state child support enforcement agency, and/or the persons as indicated below (include name(s) and full mailing address):

☐ UNITED STATES TRUSTEE
ustp.region15@usdoj.gov

☐ For Chapter 13 cases assigned to:
THOMAS H. BILLINGSLEA, JR. TRUSTEE
billingslea@thb.coxatwork.com

☒ For Chapter 13 cases assigned to:
MICHAEL KOCH, TRUSTEE
mkoch@ch13.sdcoxmail.com

I (we) certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my (our) knowledge and belief.

Executed on: 9/3/2023

_Caral M. East_
Signature of Debtor

_____
Signature of Co-Debtor (if any)

> IF YOU QUALIFY FOR A DISCHARGE, FAILURE TO COMPLETE AND RETURN THIS *CERTIFICATION* TO THE COURT MAY CAUSE YOUR CASE TO BE CLOSED WITHOUT A DISCHARGE. TO ENTER YOUR DISCHARGE, YOU WOULD BE REQUIRED TO FILE A NOTICE OF MOTION AND MOTION TO REOPEN YOUR CASE AND PAY THE REQUIRED FEE.
>
> **THIS FEE MAY NOT BE WAIVED**

[1] Amounts are subject to adjustment on 4/01/22, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.
[2] If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions as calculated by Fed. R. Bankr. P. 9006(f).